JS-6

FILED
CLERK, U.S. DISTRICT COURT
JAN - 4 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

CLEMENT CHENG (CA Bar #198359)
Newhope Law, PC
17220 Newhope Street #127
Fountain Valley, CA 92708
Phone (714) 825-0555
Fax (714) 825-0558

AGNES S. CHIU (CA Bar # 158984)
Law Office of Agnes S. Chiu
3733 Rosemead Blvd., Ste. 201
Rosemead, CA 91770

Attorneys for Plaintiffs and Counter-defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARSIGHTED ENTERPRISE, INC. dba VALUE WINDOWS & DOORS, a California Corporation, and JINTIAN YE an individual, <br><br> Plaintiffs, <br><br> v. <br><br> GOODY WINDOWS AND DOORS, INC, California corporation, <br><br> Defendant. <br><br> GOODY WINDOWS AND DOORS, INC., a California corporation, <br><br> Cross-claimant, <br><br> v. <br><br> FARSIGHTED ENTERPRISE, INC. dba VALUE WINDOWS & DOORS, a California Corporation, and JINTIAN YE, an individual, <br><br> Counter-defendants. | CASE NO: CV 11-309 R AJWx <br><br> *[Assigned to the Honorable Manuel Real]* <br><br> FIRST AMENDED [PROPOSED] JUDGMENT <br><br><br><br> DATE: 12·12·11 ~~February 6, 2012~~ <br> TIME: 10:00 a.m. <br> ROOM: 8 <br><br> Complaint filed: January 11, 2011 |

Having granted Plaintiffs FARSIGHTED ENTERPISE, INC. dba VALUE WINDOWS & DOORS, INC.'s motion for summary judgment on damages and validity, Plaintiffs motion for summary adjudication on damages, and Plaintiffs' motion for permanent injunction, the court hereby ADJUDICATES, ORDERS and DECREES as follows:

    a.    Plaintiffs are awarded damages of $827,738.46 against defendant GOODY WINDOWS AND DOORS, INC., a California corporation.

    b.    The patents in suit are infringed and not invalid.

    c.    Plaintiffs' statement of uncontroverted facts and conclusions of law in support of the Motion for Summary Judgment on Validity and Infringement are deemed admitted.

    d.    Plaintiffs' statement of uncontroverted facts and conclusions of law in support of the Motion for Summary Adjudication on Damages are deemed admitted.

    e.    PERMANENT INJUNCTION. Defendant and any person or entity acting in concert with, or at the direction of it, including any and all officers, agents, servants, employees, and partners, are hereby restrained and enjoined, from infringing upon Plaintiff's U.S. patents 7,731,251 and D545,979.

    f.    Defendant is required to surrender within 14 days of this injunction to Plaintiffs, any leftover infringing products in its inventory which consists of the infringing sliding sash lock made according to 7,731,241 and the infringing window frame molding made according to D545,979.

IT IS SO ORDERED, ADJUDICATED AND DECREED this __4th__ day of __Jan__, 2012.

_____
U.S. DISTRICT COURT JUDGE