CLEMENT CHENG (CA Bar #198359)
Newhope Law, PC
17220 Newhope Street #127
Fountain Valley, CA 92708
Phone (714) 825-0555
Fax (714) 825-0558

AGNES S. CHIU (CA Bar # 158984)
Law Office of Agnes S. Chiu
3733 Rosemead Blvd., Ste. 201
Rosemead, CA 91770

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARSIGHTED ENTERPRISE, INC. dba VALUE WINDOWS & DOORS, a California Corporation, and JINTIAN YE an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GOODY WINDOWS AND DOORS, INC, California corporation,<br><br>Defendant. | **CASE NO: CV 11-309 R AJWx**<br><br>*[Assigned to the Honorable Manuel Real]*<br><br>**ORDER** |

This court, having received Plaintiffs Farsighted Enterprises, Inc. and Jintian Ye ("Plaintiffs") Notice of Non-compliance to request that this Court impose civil contempt sanctions against Defendant, has considered the arguments related thereto, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant Goody Windows and Doors Inc. and Xiaoyue Lu are hereby held in contempt of court and sanctioned in the amount of $120,000.00 for civil contempt to be paid to Plaintiffs within 30 days.

Dated:_April 29, 2013 _       _____

Hon. Manuel Real
Judge, United States District Court

# PROOF OF SERVICE

## FARSIGHTED ENTERPRISE, INC. DBA VALUE WINDOWS & DOORS, ET. AL

## V. GOODY WINDOWS AND DOORS, INC.

I, the undersigned, declare I am over the age of 18 and not a party to this action.  My business address is at 17220 Newhope Street, Suite 127, Fountain Valley, CA 92708. On the date set forth below I served:

**[PROPOSED] ORDER**

By ECF to:

Ken Liang

Kenzl Law Offices

15333 Culver Dr., Ste 120

Irvine, CA 92604

Tel:  (888) 536-9552

Fax:  (888)  536-9584

*Attorney for Defendant*

☒    BY ECF:   I am readily familiar with the practice of electronically filing documents by uploading the documents on the CM/ECF system of the United States District Court, Central District of California.

☒    FEDERAL: I declare under penalty of perjury under the laws of the United States that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on April 24, 2013 at Fountain Valley, California.

_____

Clement Cheng