1  CLEMENT CHENG (CA Bar #198359)
   Newhope Law, PC
2  17220 Newhope Street #127
   Fountain Valley, CA 92708
3  Phone (714) 825-0555
   Fax (714) 825-0558
4

5  AGNES S. CHIU (CA Bar # 158984)
   Law Office of Agnes S. Chiu
6  3733 Rosemead Blvd., Ste. 201
   Rosemead, CA 91770
7
   Attorneys for Plaintiffs
8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10

11 FARSIGHTED ENTERPRISE, INC.     )  **CASE NO: CV 11-309 R AJWx**
   dba VALUE WINDOWS & DOORS, a )
   California Corporation, and JINTIAN )  *[Assigned to the Honorable Manuel*
12 YE an individual,               )  *Real]*
                                   )
13             Plaintiffs,          )  **ORDER**
                                   )
14                 v.               )
                                   )
15 GOODY WINDOWS AND DOORS,        )
   INC, California corporation,     )
16                                 )
                                   )
17             Defendant.           )
   _____ )
18

19       This court, having received Plaintiffs Farsighted Enterprises, Inc. and

20 Jintian Ye ("Plaintiffs") Notice of Non-compliance to request that this Court

21 impose civil contempt sanctions against Defendant, has considered the arguments

22 related thereto, and good cause appearing,

23       **IT IS HEREBY ORDERED** that Defendant Goody Windows and Doors

24       Inc. and Xiaoyue Lu are hereby held in contempt of court and sanctioned in

25       the amount of $120,000.00 for civil contempt to be paid to Plaintiffs within

26       30 days.

27  Dated:_April 29, 2013 _        _____

28                                 Hon. Manuel Real
                                   Judge, United States District Court

                              **[PROPOSED] ORDER**

## PROOF OF SERVICE

### FARSIGHTED ENTERPRISE, INC. DBA VALUE WINDOWS & DOORS, ET. AL

### V. GOODY WINDOWS AND DOORS, INC.

I, the undersigned, declare I am over the age of 18 and not a party to this action.  My business address is at 17220 Newhope Street, Suite 127, Fountain Valley, CA 92708. On the date set forth below I served:

**[PROPOSED] ORDER**

By ECF to:

Ken Liang

Kenzl Law Offices

15333 Culver Dr., Ste 120

Irvine, CA 92604

Tel:  (888) 536-9552

Fax:  (888)  536-9584

*Attorney for Defendant*

☒      <u>BY ECF:</u>   I am readily familiar with the practice of electronically filing documents by uploading the documents on the CM/ECF system of the United States District Court, Central District of California.

☒      <u>FEDERAL</u>: I declare under penalty of perjury under the laws of the United States that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on April 24, 2013 at Fountain Valley, California.

_____

Clement Cheng